UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **DEAR'IS KADRE BAKER,** } | |
| } | |
| Petitioner, } | |
| } | |
| v. } | Case No.: 5:18-cv-1492-RDP-JEO |
| } | |
| **STATE OF ALABAMA, et al.,** } | |
| } | |
| Respondents. } | |

## MEMORANDUM OPINION

On February 8, 2019, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed fourteen days in which to file objections to the recommendations made by the Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed by Petitioner or Respondents.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge. Respondents' motion for summary dismissal (Doc. # 8) is **GRANTED**, and the petition for writ of habeas corpus (Doc. # 1) is **DENIED**.

Additionally, pursuant to Rule 11 of the Rules Governing § 2254 Cases, the court has evaluated the claims within the petition for suitability for the issuance of a certificate of appealability (COA). *See* 28 U.S.C. § 2253.

Rule 22(b) of the Federal Rules of Appellate Procedure provides that when an appeal is taken by a petitioner, the district judge who rendered the judgment "shall" either issue a COA or state the reasons why such a certificate should not issue. Under 28 U.S.C. § 2253(c)(2), a COA

may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." Such a showing can be established by demonstrating that "reasonable jurists could debate whether (or for that matter, agree that) the petition should have been resolved in a different manner" or that the issues were "adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (citing *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)). For procedural rulings, a COA will issue only if reasonable jurists could debate whether the petition states a valid claim of the denial of a constitutional right and whether the court's procedural ruling was correct. *Id*.

The court finds that reasonable jurists could not debate its resolution of the claims presented in this habeas corpus petition. For the reasons stated in the Magistrate Judge's Report and Recommendation, the court **DECLINES** to issue a COA with respect to any claims.

A separate Order consistent with this Memorandum Opinion will be entered simultaneously.

**DONE** and **ORDERED** this March 1, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE